IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10cr15 |
| v. | ) | |
| ROBYNN HEBDA, | ) | ORDER |
| Defendant. | ) | |

The government has filed a motion pursuant to Federal Rule of Criminal Procedure 35(b). Filing No. 34

IT IS ORDERED that:

1. Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for purposes of the Rule 35(b) motion. If retained, counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw.

DATED this 8th day of June, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge